UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x
LANCE MCGRAW,

                     Plaintiff,

      v.

ATLANTIC COAST MEDIA GROUP,

                     Defendant.
------------------------------------------------------------x

Civil Action No.: 12-537 (CCC)(JAD)

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff, Lance McGraw, *pro se*, and Defendant Atlantic Coast Media Group, LLC (incorrectly named Atlantic Coast Media Group), through its counsel, that the above-captioned action ("Action") be and is hereby dismissed, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

Dated: October 24, 2012

BY: _____
Lance McGraw, *pro se*

Dated: October 24, 2012

JACKSON LEWIS LLP

666 Third Avenue, 29th Floor
New York, New York 10017
Phone: (212) 545-4000

BY: _____
John A. Snyder, Esq. (JS 4786)
James M. McDonnell, Esq. (JM 0649)

-and-
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
Phone: (973) 538-6890

SO ORDERED: _____
Hon. Claire C. Cecchi
United States District Judge
November 13, 2012